UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:15-CV-81169-KAM

DAVID POSCHMANN,

    Plaintiff,

vs.

THE LAKE WORTH CREEK CORPORATION and
WATERWAY CAFE, INC.,

    Defendants.
_____/

**ORDER**

    This matter is before the Court on the parties' Stipulation of Dismissal With Prejudice (DE 10). It is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. The Clerk shall **CLOSE** this case.

    **DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 23rd day of November, 2015.

_____
KENNETH A. MARRA
United States District Judge